**Order entered February 4, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00125-CV

### WILLIAM RICHARDSON, Appellant

### V.

### TWIN PEAKS INVESTMENT LLC, FRONT BURNER RESTAURANTS GP LLC, BRENT STROMAN, MANUEL CHAVEZ, PARNELL MCNAMARA AND JOHN DOE, Appellees

### On Appeal from the 160th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. MDL-16-00001

## ORDER

Before the Court is court reporter Gina M. Udall's January 31, 2019 request for an extension of time to file the record. We **GRANT** the request and **ORDER** the reporter's record be filed no later than March 18, 2019.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE